IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------ x<br>In re:<br><br>ETOYS, INC., et al.,<br><br>          Debtors.<br><br><br>------------------------------------------------ x | Chapter 11<br><br>Case Nos. 01-0706 (MFW)<br>through 01-0709 (MFW)<br><br>Jointly Administered<br><br><br>Re: Docket Item 2326 & 2327 |

### NOTICE OF CONDITIONAL CROSS-APPEAL

Notice is hereby given that Morris, Nichols, Arsht & Tunnell ("Morris Nichols") hereby conditionally cross-appeals under 28 U.S.C. §158(a) to the United States District Court for the District of Delaware from the Opinion and Order, each dated and entered October 5, 2005 (Docket Entries 2319 & 2320) (together, the "Opinion and Order"), of the United States Bankruptcy Court for the District of Delaware, from which appeals were purportedly noticed on October 14, 2005 (Docket Items 2326 & 2327), by Steve Haas (a/k/a Laser) and Collateral Logistics, Inc. (together, "Haas/CLI") and Robert K. Alber (collectively with Haas/CLI, the "Purported Appellants"), in so much as the Opinion and Order concluded that (a) the exculpatory provisions of the Revised First Amended Consolidated Liquidating Plan Of Reorganization of EBC I, Inc. f/k/a eToys, Inc. And Its Affiliated Debtors And Debtors-In-Possession (Docket Item 1142) and the Findings of Fact, Conclusions of Law and Order Confirming First Amended Consolidated Liquidating Plan of Reorganization of EBC I, Inc. f/k/a EToys, Inc., and Its Affiliated Debtors and Debtors-in-Possession, dated November 1, 2002 (Docket Item 1385), did not preclude the relief requested by the Purported Appellants and (b) the relief requested by the

Purported Appellants was not time barred under Rule 9024 of the Federal Rules of Bankruptcy Procedure and Rule 60(b) of the Federal Rules of Civil Procedure.

The names of all parties in interest with respect to the Opinion and Order from which this conditional cross-appeal is taken and the names and addresses of their respective counsel, if any, are as follows:

**EBC I, Inc., f/k/a eToys, Inc., and Counsel:**

EBC I, Inc.
c/o Bynne Young
XRoads Solutions Group
9 Executive Circle, Suite 190
Irvine, CA 92614

Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

**Counsel to Barry Gold:**

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

G. David Dean, Esquire
Saul Ewing LLP
100 South Charles Street
Baltimore, MD 21202

**Counsel for Post-Effective Date Committee:**

Frederick Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801

**Traub, Bonacquist & Fox, LLP and Counsel:**

Paul Traub, Esquire
Traub, Bonacquist & Fox LLP
655 Third Avenue, 21st Floor
New York, NY 10017

James L. Garrity, Jr., Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Ronald R. Sussman, Esquire
Kronish LIeb Weiner & Hellman LLP
1114 Avenue of the Americas
New York, NY 10036-7798

| | |
|---|---|
| **Robert K. Alber,** *pro se:* | **Collateral Logistics, Inc.,** *pro se:* |
| Robert K. Alber<br>17685 DeWitt Avenue<br>Morgan Hill, CA 95037 | Collateral Logistics, Inc.<br>c/o Steve Haas, a/k/a Laser Haas<br>12901 Garden Grove Blvd., Suite 101<br>Garden Grove, CA 92843<br>laserhaas@msn.com |
| **Steve Haas, a/k/a Laser Haas,** *pro se:* | **Office of the United States Trustee:** |
| Steve Haas, a/k/a Laser Haas<br>12901 Garden Grove Blvd., Suite 101<br>Garden Grove, CA 92843<br>laserhaas@msn.com | Mark S. Kenney, Esquire<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2313, Lockbox 35<br>Wilmington, DE 19801 |
| **Counsel for Goldman Sachs & Co.:** | |
| John J. Rapisardi, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | |

MORRIS, NICHOLS, ARSHT & TUNNELL

By: _____
     Thomas R. Hunt, Jr. (No. 466)
     Derek C. Abbott (No. 3376)
     Robert J. Dehney (No. 3578)
     Gregory W. Werkheiser (No. 3553)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Dated: Wilmington, Delaware
       October 24, 2005

488334