TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Related Bankruptcy Case #:** 01-706

**Deputy Clerk Transferring Case:** Anissa L. Cothran

**Case Type:** Main Bankruptcy Case

**Cause of Cross Appeal:**

Order Entered on 10/4/2005 Regarding The Court's Decision In The Matter Of Non Disclosure, Conflict(s) Of Interest, Disqualification, Disgorgement of Fees, Barry Gold, Traub Bonacquist & Fox And Morris Nichols Arsht & Tunnel.

**Parties:**   Morris, Nichols, Arsht & Tunnell v. Steve Haas and Robert K. Alber

**Appellant Counsel:**          **Morris, Nichols, Arsht & Tunnell**

Thomas R. Hunt, Jr.

Derek C. Abbott

Robert J. Dehney

Gregory W. Werkheiser

1201 North Market Street, 18th Floor

P. O. Box 1347

Wilmington, DE 19899-1347

(302) 658-9200

**Appellee Counsel:**     Robert K. Alber, pro se
17685 DeWitt Avenue
Morgan Hill, CA 95037
(408) 778-5241

-And-

Steve Hass, a/k/a Laser Haas, pro se
12901 Garden Grove Blvd., Suite 101
Garden Grove, CA 92843
(302) 521-7770