IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ETOYS, INC., et al., | ) | Bankruptcy Case Nos. 01-0706 |
| | ) | Through 01-0709 (MFW) |
| Debtors. | ) | |
| | ) | |
| ROBERT K. ALBER, Pro Se, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-_____ |
| | ) | |
| TRAUB, BONACQUIST & FOX, LLP, | ) | |
| BARRY GOLD, MORRIS NICHOLS | ) | |
| ARSHT & TUNNELL, AND POST- | ) | |
| EFFECTIVE DATE COMMITTEE OF | ) | |
| EBC I, INC., | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | Re: D.I. 2332 |

**APPELLEE/CONDITIONAL CROSS-APPELLANT'S
COUNTER-DESIGNATION OF THE RECORD TO BE INCLUDED
IN APPEAL BY STEVE HAAS (a/k/a LASER HAAS), AS PRESIDENT
OF COLLATERAL LOGISTICS, INC.**

Appellee/Conditional Cross-Appellant Morris Nichols Arsht & Tunnell ("Appellee" or "Morris Nichols"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby submits the following items to be included in the Record on Appeal herein, in addition to those items designated by Appellant, Steve Haas (a/k/a Laser Haas), as President of Collateral Logistics, Inc.[1] ("Appellant") in connection with

---

[1] In its Designation of the Record on Appeal, Appellant has failed to identify documents by their correct titles or by official docket number. As a result, Appellee is unable to determine precisely what documents Appellant is referring to in its Designation of the Record. Accordingly, in this Counter-Designation, Appellee herein designates all those
(continued . . .)

Appellant's appeal of the October 4, 2005 Order (the "October 4 Order") of the United States Bankruptcy Court, District of Delaware (Walrath, C.J. presiding) (the "Court"), *inter alia*, (i) denying in part and granting in part the emergency motion filed by Appellant (the "Emergency Motion"), (ii) approving settlement agreement between TB&F and the Office of the United States Trustee ("UST Settlement Motion"), and (iii) approving the settlement between the Post Effective Date Committee and Goldman Sachs & Co., Inc., for and upon the reasons set forth in its Opinion, dated October 4, 2005 and Morris Nichols' conditional cross-appeal[2] from the Opinion dated October 4, 2005 (D.I. 2319) and the October 4 Order (collectively the "Opinion and Order"), in so much as the Opinion and Order concluded that (a) the exculpatory provisions of the Revised First Amended Consolidated Liquidating Plan Of Reorganization of EBC I, Inc. f/k/a eToys, Inc. And Its Affiliated Debtors And Debtors-In-Possession (D.I. 1142) and the Findings of Fact, Conclusions of Law and Order Confirming First Amended Consolidated Liquidating Plan of Reorganization of EBC I, Inc. f/k/a EToys, Inc., and Its Affiliated Debtors and Debtors-in-Possession, dated November 1, 2002 (D.I.1385), did not preclude the relief requested by the Purported Appellants and (b) the relief requested by the Purported Appellants was not time barred under Rule 9024 of the Federal Rules of Bankruptcy Procedure and Rule 60(b) of the Federal Rules of Civil Procedure.

---

(. . . continued)
    items that they believe should be included in the Record on Appeal. In doing so, Appellee has included within the designated record all pleadings filed by Appellant that were not otherwise stricken by the Bankruptcy Court. In addition, Appellant has designated numerous items that were not part of the record below, and are inappropriate for inclusion in the Record on Appeal. Consequently, Appellee reserves the right to seek an order striking certain items from Appellant's designation.

2    Morris Nichols is separately filing a statement of the issues on appeal as Cross-Appellant.

# COUNTER-DESIGNATION OF RECORD ON APPEAL

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| 1. | 4/5/2001 | 133 | Application of Debtors and Debtors-in-Possession to Employ and Retain Morris, Nichols, Arsht & Tunnell as Attorneys for the Debtors and Debtors-in-Possession. |
| 2. | 4/25/01 | 252 | Order Approving Retention of Morris, Nichols, Arsht & Tunnell as Attorneys for Debtors and Debtors-in-Possession. |
| 3. | 6/4/2001 | 408 | GE Capital Corporation's Notice of Appearance and Request for Service of Notices and Documents. |
| 4. | 6/20/2001 | 459 | Motion by GE Capital Corporation for Order to Compel Assumption or Rejection of an Unexpired Lease or Shortening the Time in Which the Lease Shall be Assumed or Rejected. |
| 5. | 7/6/2001 | 509 | Notice of Withdrawal of Motion for Order of GE Capital Corporation to Compel Assumption or Rejection of an Unexpired Lease or Shortening the Time in Which the Lease Shall be Assumed or Rejected. |
| 6. | 9/26/2001 | 689 | Motion of Debtors and Debtors in Possession for an Order Authorizing and Appointing the Official Committee of Unsecured Creditors to Investigate, Commence and Prosecute Turnover and Preference Avoidance Actions Against Goldman, Sachs & Co. |
| 7. | 10/3/2001 | 705 | Motion of Debtors and Debtors in Possession Pursuant to Bankruptcy Rule 9019 for an Order Approving Settlement Between Debtors and Debtors in Possession and Goldman, Sachs & Co. |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| 8. | 10/12/2001 | 728 | Stipulation and Agreed Order Authorizing and Appointing the Official Committee of Unsecured Creditors to Investigate, Commence and Prosecute Turnover and Preference Avoidance Actions against Goldman, Sachs & Co. |
| 9. | 11/9/2001 | 767 | Motion by GE Capital Corp. for Order Compelling Payment of Administrative Expense Claim. |
| 10. | 11/29/2001 | 801 | Debtors' Objections To Motion By GE Capital Corporation For Order Compelling Payment Of Administrative Claim. |
| 11. | 1/24/2002 | 868 | Certification of Counsel Re: Stipulation and Proposed Order between Debtors and Debtors in Possession and GE Capital Corporation Relating to Compromise of Claims Under Lease. |
| 12. | 1/28/2002 | 873 | Order Approving Stipulation Between Debtors and Debtors in Possession and GE Capital Corporation Relating to Compromise of Claims Under Lease. |
| 13. | 7/29/2002 | 1118 | Letter from Robert K. Alber Objecting to Plan of Reorganization. |
| 14. | 7/29/2002 | 1119 | Letter from Robert K. Alber Regarding Creditors List for Plan of Reorganization. |
| 15. | 10/21/2002 | 1341 | Motion of Robert K. Alber to File Documents Related to Confirmation Order under Seal. |
| 16. | 10/28/2002 | 1367 | Notice of Robert K. Alber for Withdrawal of Docket Items 1341 and 1342. |
| 17. | 10/29/2002 | 1368 | Motion of Robert K. Alber for Discovery. |
| 18. | 10/29/2002 | 1369 | Motion of Robert K. Alber for Sanctions. |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| 19. | 10/29/2002 | 1370 | Motion of Robert K. Alber for Sanctions. |
| 20. | 10/30/2002 | 1371 | Motion of Robert K. Alber for Discovery Regarding Debtors' Shareholder List. |
| 21. | 10/30/2002 | 1372 | Motion of Robert K. Alber for Discovery Regarding the Tapes and/or Transcripts of the October 16th, 2002 Hearing. |
| 22. | 10/30/2002 | 1373 | Objection of Robert K. Alber to the Plan and Confirmation Statement. |
| 23. | 10/31/2002 | 1381 | Motion of Robert K. Alber for Hold and Abatement. |
| 24. | 10/31/2002 | 1382 | Motion of Robert K. Albert to Allow EBC 1, Inc. f/k/a eToys, to be Assigned to the Etoys Shareholders Group. |
| 25. | 11/4/2002 | 1384 | Order Denying Motions of Shareholder Robert K. Alber Regarding Confirmation of the First Amended Consolidated Liquidating Plan. |
| 26. | 11/1/2002 | 1385 | Findings of Fact, Conclusions of Law and Order Confirming First Amended Consolidated Liquidating Plan of Reorganization of EBC I, Inc. f/k/a EToys, Inc., and Its Affiliated Debtors and Debtors-in-Possession. |
| 27. | 11/4/2002 | 1394 | Transcript of October 16, 2002, Hearing Regarding Plan Confirmation. |
| 28. | 11/8/2002 | 1437 | Letter of Robert K. Alber Regarding Apology to the Court and Gregory Werkheiser. |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| 29. | 12/20/2002 | 1488 | Fifteenth Interim (For the Period of November 1, 2002) and Final Application of Morris, Nichols, Arsht & Tunnell, As Attorneys for Debtors and Debtors-In-Possession, For Allowance of Interim Compensation and For Reimbursement of All Actual and Necessary Expenses Incurred. |
| 30. | 2/27/2003 | 1772 | Final Order Awarding Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses. |
| N/A | 11/24/04 | 2128[3] | Motion for Order Approving Settlement With Goldman, Sachs & Co. |
| N/A | 12/14/2004 | 2141 | Objection by Collateral Logistics, Inc. to PEDC Motion to Settle With Goldman Sachs & Co. and Request for Court Action of Sanctions and Removal per Rule Due to Failure to Disclose and Possible Fraud. |
| N/A | 12/15/2004 | 2138 | Objection by Robert K. Alber to the Proposed Goldman Sachs & Co. Settlement. |
| N/A | 12/15/2004 | 2139 | Certification of No Objection of PEDC to Motion for Order Approving Settlement with Goldman Sachs & Co. (WITHDRAWN) |

---

[3]   Because copies of this designated document, and all of the following designated documents, have been provided by Appellees Traub Bonacquist & Fox LLP and Barry Gold to the Clerk of the Court, Morris Nichols has not submitted additional copies of these designated documents. Should the Clerk want additional copies of these designated documents, Morris Nichols will provide them upon request.

6

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| N/A | 12/15/2004 | 2143 | Notice of Withdrawal filed by PEDC to Certification of No Objection of PEDC Motion for Order Approving Settlement with Goldman Sachs & Co. |
| N/A | 12/20/2004 | 2145 | (Emergency) Motion filed by Robert K. Alber to Allow an Official Investigation, Request that Sanctions, Disgorgement of Fees and Immediate Removal of Barry Gold, Paul Traub, Michael Fox and Traub, Bonacquist & Fox LLP, Among Others be Effected Immediately |
| N/A | 12/22/2004 | 2146 | (Emergency) Motion of Collateral Logistics, Inc. to Allow Facts in Evidence, to Disqualify Traub, Bonacquist & Fox as Council for Creditors Committee and Request to Remove Barry Gold |
| N/A | 1/4/05 | 2152 | Transcript of Hearing Held on December 22, 2004 Before the Honorable Mary F. Walrath |
| N/A | 1/25/2005 | 2169 | Barry Gold's Response to Emergency Motions filed by Robert K. Alber and COLLATERAL LOGISTICS, INC. |
| N/A | 1/25/2005 | 2170 | PEDC's Response in Opposition to Emergency Motions filed by COLLATERAL LOGISTICS, INC. and Robert K. Alber |
| N/A | 1/25/2005 | 2171 | Objection by Traub, Bonacquist & Fox LLP to Motions Seeking, *Inter Alia*, Sanctions, Disgorgement of Fees, and Immediate Removal of Traub, Bonacquist & Fox LLP filed by Robert K. Alber and Collateral Logistics, Inc. |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| N/A | 1/25/2005 | 2173 | Omnibus Response and Objection of EBC I, Inc., f/k/a eToys, Inc. Reorganized Debtor, to: (I) Objection of Robert K. Alber, on Behalf of Himself and Purported eToys Shareholders Group, to Motion for Order Approving Settlement with Goldman, Sachs & Co.; (II) Objection by Collateral Logistics, Inc. to PEDC Motion to Settle with Goldman Sachs and Request for Court Action of Sanctions and Removal all per Rule Due to Failure to Disclose and Possible Fraud; (III) Motion of Robert K. Alber, on Behalf of Himself and Purported eToys Shareholders Group, for Various Relief; and (IV) Motion of Collateral Logistics, Inc. for Various Relief |
| N/A | 1/25/2005 | 2178 | Motion of Robert K. Alber to Allow an Official Investigation by Initiated by the Court, the US Trustee Office, and/or the SEC into Violations of Code (a) and Rule 2014, and others, and Request that Sanctions, Disgorgement of Fees and the Immediate Removal of Debtors Counsel as Represented by Robert Dehney, Michael Busenkell, Gregory Werkheiser and Morris, Nichols, Arsht & Tunnell (MNAT), Among Others, be Effected Immediately |
| N/A | 2/8/05 | 2191 | Transcript of Hearing Held on February 1, 2005 Before the Honorable Mary F. Walrath |
| N/A | 2/9/2005 | 2189 | Scheduling Order (w/Revisions) re: Motions and MNAT Disqualification Motion |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| N/A | 2/11/2005 | 2193 | Objection of Morris, Nichols, Arsht & Tunnell to Motion of Robert K. Alber for Disqualification of Morris, Nichols, Arsht & Tunnell as Counsel to Reorganized Debtor, Disgorgement of Compensation and Other Relief |
| N/A | 2/11/2005 | 2194 | Response to and Reaffirmation of Emergency Requests Concerning Criminal and Civil Acts by Multiple Parties in the eToys Collective Cases, filed by Collateral Logistics, Inc. |
| N/A | 2/15/2005 | 2195 | United States Trustee's Motion for Entry of an Order Directing Disgorgement of Fees to be Paid to Traub, Bonacquist & Fox (TBF) for Services Rendered as Counsel to the Official Committee of Unsecured Creditors |
| N/A | 2/24/2005 | 2201 | United States Trustee's Motion to Approve Settlement of Motion for Order Directing Disgorgement of Fees Paid to Traub Bonacquist & Fox LLP for Services Rendered as Counsel to Official Committee of Unsecured Creditors |
| N/A | 2/24/2005 | 2202 | United States Trustee's Motion to Shorten Time, to Limit Notice and to Approve Form and Manner of Notice in Connection with Motion to Approve Settlement of Motion for Order Directing Disgorgement of Fees Paid to Traub Bonacquist & Fox LLP for Services Rendered as Counsel to Official Committee of Unsecured Creditors |
| N/A | 2/25/2005 | 2205 | Emergency Motion by Traub, Bonacquist & Fox LLP to Continue Evidentiary Hearings |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| N/A | 2/28/2005 | 2210 | Order (with Revisions by the Court) Granting Traub, Bonacquist & Fox LLP's Emergency Motion to Continue Evidentiary Hearings |
| N/A | 3/1/2005 | 2212 | Limited Joiner and Response of Collateral Logistics, Inc. and Steve Haas to the US Trustee's Motion for Disgorgement and Earlier Statements of Disqualification of the Firm Traub, Bonacquist & Fox Along with Replacement of Barry Gold as Plan Administrator and Disqualification and Disgorgement of the Firm of Morris, Nichols Arsht & Tunnell |
| N/A | 3/1/2005 | 2213 | Hearing held on 3/1/2005 – Sign In Sheet |
| N/A | 3/1/2005 | 2214 | Response Of Steve Haas President Of Collateral Logistics, Inc. To Barry Gold's Response On January 25th 2005 To The Motion Of Steve Haas And Collateral Logistics And The Separate Motion Of Robert K. Alber An eToys Shareholder Which Requested Emergency Actions Of The Court In The eToys Matter Due To Fraud And Failure To Disclose Along With Other Actions On December 22nd 2004 Including Sanctions Of Disqualification Disgorgement And The Appointment Of An Examiner Or Other Measures That The Court Deem Appropriate Under The Code To Correct Matters |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| N/A | 3/1/2005 | 2215 | Response Of Steve Haas President Of Collateral Logistics, Inc. Morris Nichols Arsht & Tunnel On January 25th 2005 Along With Their Relative Response In Feb. To The Motion Of Steve Haas And Collateral Logistics And The Separate Motion Of Robert K. Alber An eToys Shareholder Which Requested Emergency Actions Of The Court In The eToys Matter Due To Fraud And Failure To Disclose Along With Other Actions On December 22, 2004 Including Sanctions Of Disqualification Disgorgement And The Appointment Of An Examiner Or Other Measures That The Court Deem Appropriate Specifically To Assure Good Faith Compliance To The Plan By Debtor Under The Code To Correct Matters Of Fraud On Disclosure |
| N/A | 3/1/2005 | 2216 | Response Of Steve Haas President Of Collateral Logistics, Inc. To The Offer To Compromise And/Or Settle The Traub Bonacquist & Fox Along With Barry Gold And Other Related Matters With Broad Indemnification Language Presented That Is Hereby Objected To As Being Far To Lenient |
| N/A | 3/1/2005 | 2217 | Affidavit of Collateral Logistics, Inc. that Collateral Logistics, Inc. is Pro Se |
| N/A | 3/5/2005 | 2220 | Supplemental Response of Morris, Nichols, Arsht & Tunnell to Motion of Robert K. Alber for Disqualification of Morris, Nichols, Arsht & Tunnell as Counsel to Reorganized Debtor, Disgorgement of Compensation and Other Relief |

11

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| N/A | 3/9/2005 | 2222 | Supplemental Statement of Robert K. Alber, eToys Shareholder, Requesting the Court Impose Harsher Sanctions on Traub, Bonacquist & Fox LLP and Disqualify Barry Gold as Plan Administrator (on behalf of Robert K. Alber as well as other ETYSQ shareholders of record) |
| N/A | 3/11/2005 | 2223 | Certificate of Service of Robert K. Alber to Joinder Inter Alia re: the US Trustee's Motion for Disgorgement of Fees Paid to Traub, Bonacquist & Fox LLP |
| N/A | 3/11/2005 | 2224 | Certificate of Service of Robert K. Alber to Supplemental Statement Requesting the Court Impose Harsher Sanctions on Traub, Bonacquist & Fox LLP and Disqualify Barry Gold as Plan Administrator |
| N/A | 3/15/2005 | 2225 | United States Trustee's Reply to Pleadings Styled as (A) Robert K. Alber Joining Inter Alia the United States Trustee's Motion for Order Directing Disgorgement of Fees Paid to Traub, Bonacquist & Fox LLP et al for Services Rendered as Counsel to Official Committee of Unsecured Creditors with This One Week Response to the Hearing of March 1, 2005 and the New Evidence Issues (D.I. 2221) and (B) Supplemental Statement by Robert K. Alber, eToys Shareholder, Requesting the Court Impose Harsher Sanctions on Traub, Bonacquist & Fox LLP and Disqualify Barry Gold as Plan Administrator (D.I. 2222) |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
| --- | --- | --- | --- |
| N/A | 3/15/2005 | 2226 | Response by Traub, Bonacquist & Fox LLP (A) in Support of US Trustee's Motion Seeking Approval of a Settlement with Traub, Bonacquist & Fox LLP and (B) in Opposition to (i) Supplemental Statement and Joinder in US Trustee Sanctions Motion Filed by Robert K. Alber, (ii) Limited Joinder and Response of Collateral Logistics, Inc. and Steve Haas to the US Trustee's Motion for Disgorgement and (iii) Response of Steve Haas President of Collateral Logistics, Inc. to the US Trustee's Offer to Compromise and/or Settle with Traub, Bonacquist & Fox LLP (Dockets Nos. 2145, 2146, 2201, 2202, 2211, 2216, 2221 and 2222 respectively) |
| N/A | 3/15/2005 | 2227 | Barry Gold's Response to Robert K. Alber's Joining of United States Trustee's Motion for Disgorgement (Docket No. 2221) and Supplement Statement (Docket No. 2222) |
| N/A | 3/15/2005 | 2228 | Transcript from Hearing held on March 1, 2005 |
| N/A | 3/15/2005 | 2229 | Response of EBCI, Inc. f/k/a eToys, Inc. Reorganized Debtor, to Supplemental Statement of Robert K. Alber |
| N/A | 3/15/2005 | 2231 | Response by Robert K. Alber to Supplemental Response of MNAT, eToys Debtors Counsel, eToys Docket 2220, which is a Response to eToys Docket 2178, Requesting Disqualification of MNAT, Disgorgement of Compensation Paid to MNAT for Services Rendered, Sanctions, and Other Relief, for Not Disclosing the Fact that they, MNAT, Had Not Disclosed their Relationship with Goldman Sachs (GS) and General Electric (GECC) |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
| --- | --- | --- | --- |
| N/A | 3/17/2005 | 2232 | Second Supplemental Response of Morris, Nichols, Arsht & Tunnell to Motion of Robert K. Alber for Disqualification of Morris, Nichols, Arsht & Tunnell as Counsel to Reorganized Debtor, Disgorgement of Compensation and Other Relief |
| N/A | 10/4/2005 | 2319 | Opinion DENYING Motion of Collateral Logistics, Inc.; GRANTING IN PART and DENYING IN PART Motions of Robert K. Alber; APPROVING Settlement Between U.S. Trustee and Traub, Bonacquist, Fox LLP; APPROVING Settlement with Goldman Sachs & Co. |
| N/A | 10/4/2005 | 2320 | Order DENYING Motion of Collateral Logistics, Inc.; GRANTING IN PART and DENYING IN PART Motions of Robert K. Alber; APPROVING Settlement between U.S. Trustee and Traub, Bonacquist, Fox LLP; APPROVING Settlement with Goldman Sachs & Co. |
| N/A | 10/4/2005 | 2321 | Certificate of Service filed by Barry Gold, as Plan Administrator for the Substantively Consolidated Chapter 11 Estates of EBCI, Inc. f/k/a eToys, Inc. et al, for the Court's October 4, 2005 Opinion and October 4, 2005 Order |
| N/A | 10/14/2005 | 2326 | Notice of Appeal Of The Court's Decision Entered On October 4, 2005. Appeal Number 05-70, filed by Steven Haas, President of Collateral Logistics, Inc. |
| N/A | 10/14/2005 | 2327 | Notice of Appeal Of The Court's Decision Entered On October 4, 2005, filed by Robert K. Alber. |
| N/A | 11/24/05 | 2329 | Notice of Conditional Cross-Appeal |

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
|  |  |  | **Traub, Bonacquist & Fox Exhibits** |
| N/A |  | * | Two Page Documents. |
| N/A |  | * | A1- Deposition of Paul Traub |
| N/A |  | * | A2- Home Life Document |
| N/A |  | * | A3- Billing Statements |
| N/A |  | * | A4- New York Court Documents |
| N/A |  | * | A6- Secretary of State Document |
| N/A |  | * | T1- Paul Traub Declaration |
| N/A |  | * | T2- Michael Fox Declaration |
| N/A |  | * | G1- Barry Gold Declaration |
| N/A |  | * | G2- Plan Administrator Agreement |
|  |  |  | **Robert K. Alber Exhibits** |
| N/A |  | * | A1- Docket 868 |
| N/A |  | * | A2- Docket 873 |

---

\*    March 1, 2005 Hearing Exhibit.

| Tab No. | Date Filed | Docket No. | Description of Pleading |
|---|---|---|---|
| N/A | | * | A3- Compilation |
| N/A | | * | A4- Transcript of December 6, 2001 |
| N/A | | * | A5- Transcript of November 19, 2001 |
| N/A | | * | A6- Billing Excerpts |
| N/A | | * | A7- Transcript of November 1, 2001 |
| N/A | | * | A8- TB&F Billing Statements |
| N/A | | * | Transcript of February 9, 2005 deposition of Michael G. Busenkell, Esq. |
| N/A | | * | Transcript of February 9, 2005 deposition of Barry F. Gold |
| N/A | | * | Transcript of February 9, 2005 deposition of Michael S. Fox, Esq. |
| N/A | | * | Transcript of February 9, 2005 deposition of Paul Traub, Esq. |
| | | | **Morris Nichols Exhibit** |
| N/A | | * | MNAT's Objection and Attachments |

In accordance with Bankruptcy Rule 8006 and Local Rule 8006.1, Appellee has provided copies of the items designated herein to the Clerk of the Bankruptcy Court.

WHEREFORE, Appellee respectfully requests that the Clerk of the Bankruptcy Court transmit this Counter-Designation and the Record on Appeal to the Clerk of the United States District Court, District of Delaware.

Dated: November 3, 2005
      Wilmington, Delaware

      MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Thomas R. Hunt, Jr.*
Thomas R. Hunt, Jr. (No. 466)
Robert J. Dehney (No. 3578)
Derek C. Abbott (No. 3376)
Gregory W. Werkheiser (No. 3553)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

491137