Mark Minuti     mminuti@saul.com, rwarren@saul.com

Frederick Brian Rosner     frosner@jshllp-de.com,

**1:05-cv-829 Notice will be delivered by other means to:**

Steven Haas
Steven Haas, Pro se
178 East Jewel
Delmar, DE 19807

**1:05-cv-831 Notice will be electronically mailed to:**

Derek C. Abbott     dabbott@mnat.com,

**1:05-cv-831 Notice will be delivered by other means to:**

Robert K. Alber
17685 DeWutt Ave.
Morgan Hill, CA 95037

Steven Haas
Steven Haas, Pro se
178 East Jewel
Delmar, DE 19807



RECEIVED
DEC 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

