# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re:                                      :
                                            :    Chapter 11
                                            :
ETOYS, INC., et al.[1],                     :    Case Nos. 01-0706 (RB)
                                            :    Through 01-0709 (RB)
            Debtors.                        :
                                            :
-----------------------------------------------------------x
MORRIS NICHOLS                              :
ARSHT & TUNNEL LLP,                         :
                                            :
            Appellant,                      :
                                            :
        v.                                  :
                                            :
ROBERT K. ALBER,                            :    Civil Action No. 05-831(KAJ)
STEVE HAAS (a/k/a LASER HAAS),              :
AS PRESIDENT OF COLLATERAL                  :
LOGISTICS, INC.,                            :
                                            :
            Appellees.                      :
-----------------------------------------------------------x
```

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appear as counsel for TRAUB, BONACQUIST & FOX LLP, a party in interest in the within appeal.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court, the undersigned hereby requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the following at the offices, facsimile numbers, and e-mail addresses as follows:

---

[1] The Debtors are the following entities: EBC I, Inc. f/k/a eToys, Inc. ("eToys"), EBC Distribution, LLC, f/k/a eToys Distribution LLC, PMJ Corporation and eKids, Inc.

**JASPAN SCHLESINGER HOFFMAN LLP**
*Delaware Counsel to Traub, Bonacquist & Fox LLP*
Frederick B. Rosner (No. 3995)
913 North Market Street, 12th Floor
Wilmington, DE  19801
Fax:     (302) 351-8010
          -and-
Ronald R. Sussman (RS-0641)
**KRONISH LIEB WEINER & HELLMAN LLP**
*Co-Counsel for Traub, Bonacquist & Fox LLP*
1114 Avenue of the Americas
New York, NY  10036-7798
Fax:     (212) 479-6275
          -and-
James L. Garrity, Jr. (JG-8389)
**SHEARMAN & STERLING LLP**
*Co-Counsel for Traub, Bonacquist & Fox LLP*
599 Lexington Avenue
New York, New York 10022
Fax:     (212) 848-7179

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may effect or seek to effect any rights or interests of any party in interest herein.  <u>Please add the foregoing to such mailing matrix as may be used for all purposes in this appeal.</u>

Dated:  December 19, 2005

        **JASPAN SCHLESINGER HOFFMAN LLP**
        *Delaware Counsel to Traub, Bonacquist & Fox LLP*

        By:     /s/ Frederick B. Rosner
            Frederick B. Rosner (No. 3995)
            913 North Market Street, 12th Floor
            Wilmington, DE  19801
            Tel:     (302) 351-8000
              -and-
        Ronald R. Sussman (RS-0641)
        **KRONISH LIEB WEINER & HELLMAN LLP**
        *Co-Counsel for Traub, Bonacquist & Fox LLP*
        1114 Avenue of the Americas
        New York, NY  10036-7798
        Tel:     (212) 479-6000
        Fax:     (212) 479-6275

-and-

James L. Garrity, Jr. (JG-8389)
**SHEARMAN & STERLING LLP**
*Co-Counsel for Traub, Bonacquist & Fox LLP*
599 Lexington Avenue
New York, New York 10022
Tel:     (212) 848-4000
Fax:    (212) 848-7179