KRONISH LIEB
WEINER & HELLMAN LLP

RONALD R. SUSSMAN
Direct Dial: (212) 479-6063
E-mail: rsussman@kronishlieb.com

February 27, 2006

**VIA FEDERAL EXPRESS**

Honorable Kent A. Jordan
United States District Court Judge
United States District Court
844 N. King Street
Wilmington, Delaware 19801

      Re:    Steven Haas (a/k/a Laser Haas), As President of
                Collateral Logistics, Inc. v. Traub, Bonacquist & Fox, *et al.*
                (District Court Case No. 05-0829 - KAJ)
                Robert K. Alber v. Traub, Bonacquist & Fox LLP, *et al.*
                (District Court Case No. 05-0830 - KAJ)
                Morris, Nichols, Arsht & Tunnell v. Traub, Bonacquist & Fox LLP, *et al.*
                (District Court Case No. 05-0831 - KAJ)

Dear Judge Jordan:

        This firm represents Traub, Bonacquist & Fox LLP ("TBF") in the above-captioned bankruptcy appeals (collectively the "Appeals"). We write to join in a letter request to Your Honor concerning the briefing schedule written by Mark Minuti of the Saul Ewing firm on behalf of Barry Gold. For all of the reasons set forth in Mr. Minuti's letter, TBF respectfully requests that the Court address the pending Motions described in Mr. Minuti's letter before requiring the parties to proceed to briefing on the merits of these Appeals.

                                    Respectfully submitted,

                                    Ronald R. Sussman

RRS:sgs

**Via E-Mail**

cc:    Frederick B. Rosner, Esq.
        James L. Garrity, Esq.
        Mark Minuti, Esq.

Frederick B. Rosner (#3995)
Duane Morris, LLP
1100 N. Market St., 12th Floor
Wilmington, DE 19801

Honorable Kent A. Jordan
February 27, 2006
Page 2



cc:  **Via E-Mail** (continued)

    Derek C. Abbott, Esq.
    Mark S. Kenney, Esq.
    Steven E. Fox, Esq.
    Mr. Robert Alber
    Mr. Steven Haas