# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Gregory W. Werkheiser
302 351 9229
302 425 4663 Fax
gwerkheiser@mnat.com

March 16, 2006

**Via Hand Delivery**

Honorable Kent A. Jordan
United States District Court Judge
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: **Steven Haas (a/k/a Laser Haas), As President of Collateral Logistics, Inc. v. Traub, Bonacquist & Fox, et al. (District Court Case No. 05-0829 (KAJ) Robert K. Alber v. Traub, Bonacquist & Fox LLP, et al. (District Court Case No. 05- 0830-KAJ) Morris, Nichols, Arsht & Tunnell v. Traub, Bonacquist & Fox LLP, et al. (District Court Case No. 05- 0831-KAJ)**

Dear Judge Jordan:

I write on behalf of my firm Morris, Nichols, Arsht & Tunnell, LLP ("Morris Nichols") to apprise the Court of a further development since the transmission of Morris Nichols' letter to the Court, dated March 10, 2006 [Case No. 05-0829, Docket No. 33] (the "March 10th Letter"). Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the March 10th Letter.

Following the filing and service of the March 10th Letter, appellant Steven Haas (a/k/a Laser Haas) ("Mr. Haas") contacted the undersigned via an email, a copy of which is attached as Exhibit A hereto. Mr. Haas appears to dispute whether he received the March 6th Email by which the Appellees communicated the proposed briefing schedule and related terms to Mr. Haas and his co-appellant Mr. Alber. Mr. Haas, however, did not in his email identify any specific objections he had to the briefing schedule or the Proposed Scheduling Order.

Honorable Kent A. Jordan
March 16, 2006
Page 2

      On the morning of March 15, 2006, the undersigned responded to Mr. Haas via an email, a copy of which is attached as <u>Exhibit B</u> hereto. Although Morris Nichols disagrees with Mr. Haas's contentions regarding the adequacy of notice to him, Mr. Haas was offered a further opportunity to communicate any specific objections he had to the proposed briefing schedule and related terms. Despite this further opportunity and the fact that Mr. Haas also received the March 10th Letter nearly one week ago, no response has been received from Mr. Haas concerning any specific objections he has to the proposed briefing schedule and related terms.

      Respectfully,

      Gregory W. Werkheiser
      Morris, Nichols, Arsht & Tunnell LLP

GWW/mf

cc:    Frederick B. Rosner, Esq.
       James L. Garrity, Esq.
       Ronald R. Sussman, Esq.
       Mark. Minuti, Esq.
       Mark S. Kenney, Esq.
       G. David Dean, Esq.
       Steven E. Fox, Esq.
       Mr. Robert Alber
       Mr. Steven Haas

511490