IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ETOYS, INC., et al., | ) | |
| | ) | Case Nos. 01-0706 (RB) |
| Debtors. | ) | through 01-0709 (RB) |
| | ) | |
| MORRIS NICHOLS, ARSHT & TUNNELL, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Action No. 05-831(KAJ) |
| v. | ) | |
| | ) | |
| TRAUB, BONACQUIST & FOX LLP, BARRY GOLD, ROBERT K. ALBER and STEVEN HAAS, | ) | |
| | ) | |
| Appellees. | ) | |

### ORDER

WHEREAS, the parties have failed to agree on a briefing schedule,

IT IS HEREBY ORDERED that appellant's opening brief shall be filed on or before September 27, 2006; appellees' answering brief shall be filed on or before October 11, 2006; and appellant's reply brief shall be filed on or before October 18, 2006.

_____
UNITED STATES DISTRICT JUDGE

September 19, 2006
Wilmington, Delaware