# Exhibit "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ETOYS, INC., et al., | ) | Case Nos. 01-0706 (RB) through 01-0709 (RB) |
| Debtors. | ) | |
| ROBERT K. ALBER, *Pro Se*, | ) | |
| Appellant, | ) | |
| v. | ) | Civil Action No. 05-830 (KAJ) |
| TRAUB, BONACQUIST & FOX LLP, BARRY GOLD, MORRIS NICHOLS ARSHT & TUNNELL LLP, and POST-EFFECTIVE DATE COMMITTEE OF EBC I, INC., | ) | |
| Appellees. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ETOYS, INC., et al., | ) | Case Nos. 01-0706 (RB) through 01-0709 (RB) |
| Debtors. | ) | |
| MORRIS NICHOLS, ARSHT & TUNNELL, | ) | |
| Appellant, | ) | Civil Action No. 05-831(KAJ) |
| v. | ) | |
| TRAUB, BONACQUIST & FOX LLP, BARRY GOLD, ROBERT K. ALBER and STEVEN HAAS, | ) | |
| Appellees. | ) | |

**AMENDED CONSOLIDATED SCHEDULING ORDER**

WHEREAS, the parties have failed to agree on a briefing schedule;

WHEREAS, the court initially established briefing schedules in connection with the above-captioned appeals by (a) a scheduling order (Docket No. 25) (the "Alber Appeal Scheduling Order") entered September 20, 2006 on the docket of the appeal captioned *Robert K. Alber v. Traub, Bonacquist & Fox LLP, et al.*, Civil Action No. 05-830 (KAJ) (the "Alber Appeal"), and (b) a scheduling order (Docket No. 14) (the "MNAT Cross-Appeal Scheduling Order," and together with the Alber Appeal Scheduling Order, the "Original Scheduling Orders") entered September 19, 2006 on the docket of the related cross-appeal captioned *Morris, Nichols, Arsht & Tunnell v. Traub, Bonacquist & Fox LLP, et al.*, Civil Action No. 05-831 (KAJ) (the "MNAT Cross-Appeal," and together with the Alber Appeal, the "Appeals");

IT IS HEREBY ORDERED that:

1. The MNAT Cross-Appeal is consolidated with the Alber Appeal. All future filings relating to the MNAT Cross-Appeal shall be made on the docket of the Alber Appeal, Civil Action No. 05-830 (KAJ).

2. Robert K. Alber shall file and serve his opening brief in the Alber Appeal on or before October 4, 2006.

3. Appellees Traub, Bonacquist & Fox LLP, Bary Gold, Post-Effective Date Committee of EBC I, Inc., the United States Trustee, and Morris, Nichols, Arsht & Tunnell LLP ("MNAT") shall file and serve their respective answering brief on or before October 18, 2006. MNAT's' answering brief also shall serve as its opening brief in connection with the MNAT Cross-Appeal.

4. Mr. Alber shall file his reply brief in connection with the Alber Appeal on or before October 25, 2006. Mr. Alber's reply brief also shall serve as his answering brief in connection with the MNAT Cross-Appeal.

5. MNAT may file a reply brief in connection with the MNAT Cross-Appeal on or before November 1, 2006.

*This Order amends and supercedes the Original Scheduling Orders in their* entirety.

UNITED STATES DISTRICT JUDGE

September 22, 2006
Wilmington, Delaware