IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------x
In re:                                   :
                                         :  Chapter 11
                                         :
ETOYS, INC., et al.,                     :
                                         :  Case Nos. 01-0706 (MFW)
                                         :  Through 01-0709 (MFW)
        Debtors.                         :
                                         :
-----------------------------------------x
ROBERT K. ALBER, Pro Se,                 :
                                         :
                                         :
        Appellant,                       :
                                         :
                                         :
        v.                               :  Civil Action No. 05-830 (KAJ),
                                         :  procedurally consolidated with
TRAUB, BONACQUIST & FOX, LLP,            :  Civil Action No. 05-831 (KAJ)
BARRY GOLD, MORRIS NICHOLS               :
ARSHT & TUNNEL LLP, AND POST-            :
EFFECTIVE DATE COMMITTEE OF              :
EBC I, INC.                              :
                                         :
                                         :
        Appellees.                       :
-----------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, hereby certify that on October 9, 2006, I caused a copy of the foregoing **Appellee Barry Gold's Joinder In Request Of Appellee/Cross-Appellant Morris, Nichols, Arsht & Tunnell LLP For (i) Status Conference To Consider Robert K. Alber's Failure To Timely File Opening Appeal Brief And (ii) Stay Of Deadlines For Appellees To File Their Briefs** to be served on the parties on the attached service list in the manner indicated.

Mark Minuti (No. 2659)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, Delaware 19899-1266
(302) 421-6800

541093.1 10/9/06

ETOYS, INC., et al.
Service List

**BY ELECTRONIC AND U.S. MAIL**

Robert J. Dehney, Esquire
Derek C. Abbott, Esquire
Gregory W. Werkheiser, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Frederick B. Rosner, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Mark S. Kenney, Esquire
Office of the U.S. Trustee
844 N. King Street, Suite 2313
Wilmington, DE 19801

Paul Traub, Esquire
Steven Fox, Esquire
DREIER, LLP
499 Park Avenue
New York, NY 10022

Robert K. Alber
17685 DeWitt Avenue
Morgan Hill, CA 95037

Ronald R. Sussman, Esquire
Kronish Lieb Weiner & Hellman LLP
The Grace Builidng
1114 Avenue of the Americas
New York, NY 10036-7798

James L. Garrity, Jr., Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

John J. Rapisardi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

541093.1 10/9/06