IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re:                                      :
                                            :   Chapter 11
                                            :
ETOYS, INC., et al.,                        :   Case Nos. 01-0706 (MFW)
                                            :   Through 01-0709 (MFW)
         Debtors.                           :
-----------------------------------------------------------x
ROBERT K. ALBER, Pro Se,                    :
                                            :
         Appellant,                         :
                                            :
             v.                             :   Civil Action No. 05-830 (KAJ),
                                            :   procedurally consolidated with
TRAUB, BONACQUIST & FOX LLP,                :   Civil Action No. 05-0831 (KAJ)
BARRY GOLD, MORRIS NICHOLS                  :
ARSHT & TUNNELL LLP, and POST-              :
EFFECTIVE DATE COMMITTEE OF                 :
EBC I, INC.,                                :
                                            :
         Appellees.                         :
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, certify that I am not less than 18 years of age, and that service of the **Joinder of Appellee Traub, Bonacquist & Fox LLP in Request by Appellee/Cross Appellant Morris, Nichols, Arsht & Tunnell LLP for (I) Status Conference to Consider Robert K. Alber's Failure to Timely File Opening Appeal Brief and (II) Stay of Deadlines for Appellees to File Their Briefs,** was made on October 9, 2006 upon the following *via* first class mail:

| | |
|---|---|
| Robert J. Dehney, Esquire<br>Derek C. Abbott, Esquire<br>Gregory W. Werkheiser, Esquire<br>Morris, Nichols Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Mark S. Kenney, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2313<br>Wilmington, DE 19801 |
| Paul Traub, Esquire<br>Steven Fox, Esquire<br>Dreier, LLP<br>499 Park Avenue<br>New York, NY 10022 | Robert K. Alber<br>17685 DeWitt Avenue<br>Morgan Hill, CA 95037 |
| Ronald R. Sussman, Esquire<br>Kronish Lieb Weiner & Hellman LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7798 | James L. Garrity, Jr., Esquire<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069 |
| John J. Rapisarde, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Mark Minuti, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801 |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 9, 2006
      Wilmington, Delaware

_____
Frederick B. Rosner (DE 3995)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
Email:        fbrosner@duanemorris.com