# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

GREGORY W. WERKHEISER
302 351 9229
302 425 4663 Fax
gwerkheiser@mnat.com

October 16, 2006

**Via E-Filing & Hand Delivery**

Chambers of the Honorable Kent A. Jordan
United States District Judge
United States District Court
 For the District of Delaware
844 N. King Street
Wilmington, DE 19801
Attn: Cheryl Stein

> Re: *Robert K. Alber v. Traub, Bonacquist & Fox LLP, et al.*
> **(District Court Case No. 05- 0830-KAJ)**
> *Morris, Nichols, Arsht & Tunnell v. Traub, Bonacquist & Fox LLP, et al.*
> **(District Court Case No. 05- 0831-KAJ)**

Dear Ms. Stein:

I write on behalf of appellee/cross-appellant Morris, Nichols, Arsht & Tunnell, LLP to confirm the arrangements for the telephonic status conference scheduled for Monday, October 16, 2006, at 3:30 p.m. (prevailing eastern time). All parties to the above-referenced appeals have been contacted and have confirmed their ability to attend the teleconference. We have instructed each of the parties to sign onto the conference line at least ten minutes prior to the start of the status conference and have arranged for the operator to contact Chambers via your extension, 302.573.6001, at 3:30 p.m. (prevailing eastern time).

For your reference, the conference call access information is as follows:

**ACCESS INFORMATION**

------------------------- **Audio Conference** ----------------------------------
Toll Free Dial In Number: (888)830-6260
PARTICIPANT CODE: 192468

Honorable Kent A. Jordan
October 16, 2006
Page 2

## CONFERENCE INFORMATION

| Start Date and Time | End Date and Time | Duration |
|---|---|---|
| Oct 16 2006 03:15 PM EDT, Mon | Oct 16 2006 05:15 PM EDT, Mon | 2 hr 00 mins |

------------- Identification --------------       ------ Ports ------
Conference Name: MATTER 56023            Total Ports:  9
Conference Id: HGW8104                   Dial In:      8
                                         Dial Out:     1

Please do not hesitate to contact me if you have any questions or concerns.

Respectfully,

Gregory W. Werkheiser
Morris, Nichols, Arsht & Tunnell LLP

GWW/maf

cc:   Frederick B. Rosner, Esq.
      James L. Garrity, Esq.
      Ronald R. Sussman, Esq.
      Mark. Minuti, Esq.
      Mark S. Kenney, Esq.
      Steven E. Fox, Esq.
      Mr. Robert Alber

541417