**SERVICE LIST**

| **By E-mail and Hand Delivery** | **By E-mail and First Class U.S. Mail** |
|---|---|
| Frederick Rosner, Esquire<br>Duane Morris LLP<br>1100 Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>frosner@duanemorris.com | Stephen Fox, Esquire<br>Dreier LLP<br>499 Park Avenue<br>New York, NY  10022<br>sfox@dreierllp.com |
| Mark Minuti, Esquire<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>mminuti@saul.com | Ronald R. Sussman, Esquire<br>Cooley Godward Kronish LLP<br>1114 Avenue of the Americas<br>New York, NY 10036-7798<br>rsussman@cooley.com |
| Mark S. Kenney, Esquire<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2313, Lockbox 35<br>Wilmington, DE 19801<br>Mark.kenney@usdoj.gov | Robert K. Alber<br>17685 DeWitt Avenue<br>Morgan Hill, CA 95037<br>Condo28@mail.com |

489617